**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | | |
|---|---|---|---|
| IN RE: | **ADAM L. JANKOS,** | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 19-10237 ELF |

# O R D E R

**AND NOW**, upon consideration of the **Debtor's** Motion for Leave to Sell Real ProperFree and Clear of Liens (("the Motion") Doc. # 30) and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **June 25, 2019, at 1:00 p.m., in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107**.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all secured creditors and all priority creditors by first class mail, overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on June 7, 2019**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order on all other parties in interest, including creditors, by first class mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on on June 7, 2019**.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: **June 4, 2019**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**