**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

---

In Re:

    Adam L. Jankos

                                 Case No. 19-10237ELF

Debtor(s)                                 Chapter 13

---

**CERTIFICATE OF SERVICE**

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the Notice and Order Granting Debtor's Request for an Expedited by electronic means and/or regular US Mail to the Trustee and all interested parties.

    June 4, 2019                                                           */s/ Brad J. Sadek, Esquire*
                                                                                  Brad J. Sadek, Esquire
                                                                                  Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Adam L. Jankos | : |
| | : Chapter 13 |
| | : |
| Debtor (s) | : Case No.: 19-10237ELF |

Notice of Motion, Response Deadline and EXPEDITED Hearing Date

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed a Motion for Authority to Sell Real property Free and Clear of Liens and Encumbrances for the reasons detailed in the enclosed motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought, then on or before the hearing date of **June 25, 2019** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a) file an answer explaining your position at:
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

(b) mail a copy to the movant's attorney:
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street #502
Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed objection.

3. A hearing on the objection is scheduled to be held before **The Honorable Eric L. Frank on June 25, 2019 at 1:00 pm at The United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 Courtroom #1.**

4. You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    ADAM L. JANKOS,             :    Chapter 13
                                      :
          Debtor                      :    Bky. No. 19-10237 ELF

# O R D E R

AND NOW, upon consideration of the **Debtor's** Motion for Leave to Sell Real ProperFree and Clear of Liens (("the Motion") Doc. # 30) and the request for an expedited hearing thereon, and sufficient cause being shown, it is hereby **ORDERED** that:

1. The request for an expedited hearing is **GRANTED**.

2. A hearing to consider the Motion is scheduled on **June 25, 2019, at 1:00 p.m.**, in the United States Bankruptcy Court, 900 Market Street, 2nd Floor, Courtroom No. 1, Philadelphia, Pennsylvania, 19107.

3. Written objections or other responsive pleadings to the Motion (while not required) may be filed up to the time of the hearing and all objections will be considered at the hearing.

4. The Movant shall serve the Motion and this Order on the case Trustee, all secured creditors and all priority creditors by first class mail, overnight mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on June 7, 2019**. Service under this Paragraph is effective if made to each party identified above through the court's CM/ECF system.

5. The Movant shall serve this Order on all other parties in interest, including creditors, by first class mail, facsimile transmission or e-mail transmission **no later than 5:00 p.m. on on June 7, 2019**.

6. The Movant shall file a Certification of Service as required by Local Rule 9014-4.

Date: June 4, 2019

_____
ERIC L. FRANK
U.S. BANKRUPTCY JUDGE