## U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : |
| Priscilla Stuart | : |
| | : Case No. 17-14905AMC |
| Debtor(s) | : Chapter 13 |

### CERTIFICATE OF SERVICE

I, Brad J. Sadek, Esq., hereby certify that on the date indicated below I served a true and correct copy of the <u>Notice and Order Granting Debtor's Request for an Expedited</u> by electronic means and/or regular US Mail to the Trustee and all interested parties.

June 5, 2019

/s/ *Brad J. Sadek, Esquire*
Brad J. Sadek, Esquire
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
| Priscilla Stuart | : |
| | : Chapter 13 |
| | : |
| Debtor (s) | : Case No.: 17-14905AMC |

Notice of Motion, Response Deadline and EXPEDITED Hearing Date

Brad J. Sadek, Esq., attorney for the Debtor in the above captioned matter has filed a Motion for Authority to Sell Real property Free and Clear of Liens and Encumbrances for the reasons detailed in the enclosed motion.

Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this Bankruptcy case. (If you do not have an attorney you may wish to consult an attorney).

1. If you do NOT want the court to grant the relief sought, then on or before **July 13, 2019** you or your Attorney must do ALL of the following:

If you mail your answer to the clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

(a) file an answer explaining your position at:
United States Bankruptcy Court
Eastern District of Pennsylvania
900 Market Street, Suite 400
Philadelphia, PA 19107

(b) mail a copy to the movant's attorney:
Brad J. Sadek, Esq.
Sadek and Cooper Law Offices
1315 Walnut Street #502
Philadelphia, PA 19107

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the enclosed objection.

3. A hearing on the objection is scheduled to be held before **The Honorable Ashely M Chan on June 18, 2019 at 11:00 am at The United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107 Courtroom #4.**

4. You may contact the Bankruptcy Clerks office at (215) 408-2800 to find out whether the hearing has been cancelled because no one filed an answer.

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| Priscilla Stuart | : | Chapter 13 |
| | : | |
| Debtor | : | Case No.: 17-14905AMC |

### ORDER GRANTING DEBTOR'S REQUEST FOR AN EXPEDITED HEARING

AND NOW, this 4th day of June, 2019 upon consideration of the Debtor's Motion for an Expedited Hearing to Approve Personal Injury Settlement, it is hereby;

ORDERED and DECREED that a hearing will take place on:
Date ~~the~~ June 18, 2019
Time 11 am

Debtor's Counsel shall serve said date and time via a Notice on all interested parties, and the Chapter 13 Standing Trustee. on or before 6/5/19 and then file a COS evidencing such service.

FURTHER ORDERED:
Objections, if any, shall be filed by 6/13/19

_____
Hon. Ashely M. Chan