UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : |
|     Adam L. Jankos | :    Chapter 13 |
| | : |
|     Debtor | :    Case No.: 19-10237 |

## ORDER

AND NOW, this __26th__ day of __June__, 2019 upon consideration of the Motion of, Adam L. Jankos, for the Authority to Sell Real Property Free and Clear of Liens and Encumbrances, it is hereby;

**ORDERED** that:

1. The Motion is granted pursuant to 11 U.S.C. §363(b) and the sale of the real property known as and located at 651 Queen Anne Drive, Fairless Hills, PA 19030 to "Maryann Heacks" as "Buyer" is approved.

2. The Debtor is authorized to sell the property known as and located at 651 Queen Anne Drive, Fairless Hills, PA 19030 in accordance with the terms and conditions that are set for the in the Agreement for the Sale of Real Estate.

3. The Debtor is authorized to execute documents that are necessary or appropriate to complete the sale of the property.

4. The Agreement of Sale of Real Estate and any related documents or instruments may be modified, amended or supplemented by the parties in a writing signed by both parties without further Order of Court, provided that any such modification, amendment or supplement does not have a material adverse effect on the Bankruptcy estate.

5. The mortgage holder on the subject property shall be paid in full in order for the subject sale to take place.

6. The non-filing spouse shall receive 50% of the sale proceeds and the Debtor shall receive up to $23,675.00 from the sale proceeds at Settlement after the mortgage is satisfied in full.

7. The title agent shall pay the Chapter 13 Trustee the remaining sale proceeds after the Debtor receives his $23,675.00 from the sale proceeds.

8. The title company shall send the Chapter 13 Trustee a final settlement sheet signed by the buyer and sellers within 48 hours of the closing.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**